# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SANDRA MCLEAN AND OTHERS SIMILARLY SITUATED,**

        **Plaintiffs,**

-vs-                                            **Case No. 6:07-cv-1680-Orl-28DAB**

**HSM ELECTRONIC PROTECTION SERVICES, INC.,**

        **Defendant.**

## ORDER

This case is before the Court on Joint Motion to Confirm Settlement and For Dismissal with Prejudice (Doc. No. 27) filed September 17, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 19, 2008 (Doc. No. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion to Confirm Settlement and For Dismissal with Prejudice (Doc. NO. 27) is granted in part.

    3.    The Court finds that the settlement of the Plaintiff's claims and the attorney's fees and costs to be paid is a fair and reasonable resolution of a bona fide Fair Labor Standard Act dispute and is approved.

    4.    This case is dismissed with prejudice.

    5.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 8th day of October, 2008.

                JOHN ANTOON II
                United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party